# ALABAMA COURT OF CRIMINAL APPEALS



October 17, 2025

**CR-2024-0523**
Fredrich Earl Williams, Jr. v. State of Alabama (Appeal from Jefferson Circuit
Court: CC-18-1067)

# NOTICE

You are hereby notified that on October 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk